# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 20, 2013

145363

CAMP RETREATS FOUNDATION, INC.,
      Petitioner-Appellee,

v

TOWNSHIP OF MARATHON,
      Respondent-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 145363
COA: 304179
MTT: 00-346969

      On order of the Court, the application for leave to appeal the May 15, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 20, 2013

h0313

_____
Clerk